IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HUGH AUDRIE CARTER, (TDCJ-CID #1905284) | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION H-17-0276 |
| LORIE DAVIS, | § § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's memorandum and opinion entered this date, this civil action is dismissed with prejudice.

SIGNED on February 26, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge